### AHRENFELDT v. MILLER, Alien Property Custodian.

(Circuit Court of Appeals, Third Circuit.   August 1, 1922.)

#### No. 2841.

Appeal from the District Court of the United States for the District of New Jersey; John Rellstab, Judge.

Suit in equity by Thomas W. Miller, as Alien Property Custodian, substituted for Francis P. Garvan, as Alien Property Custodian, against the Commercial Trust Company of New Jersey, in which Frederick Wesche and Charles J. Ahrenfeldt petitioned for intervention.  From a denial of the petition of intervention (282 Fed. 943), petitioner Charles J. Ahrenfeldt appeals.  Affirmed.

See, also, Garvan v. Commercial Trust Co. of New Jersey (D. C.) 275 Fed. 841.

Selden Bacon, of New York City, for appellant.

Dean Hill Stanley, of Washington, D. C., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS,. Circuit Judges.

WOOLLEY, Circuit Judge.  At the hearing in Garvan, as Alien Property Custodian, v. Commercial Trust Co. of New Jersey, 275 Fed. 841, the appellant, Charles J. Ahrenfeldt, presented a petition for leave to intervene and have determined by the District Court his claim to ownership of a part of the property in process of seizure.  The District Court denied the petition, holding that the question sought to be litigated by Ahrenfeldt can be raised only after the demand of the Alien Property Custodian has been complied with, and then only by proceedings authorized by section 9 of the act, as amended June 5, 1920 (41 Stat. 977).  282 Fed. 943.  That the District Court was right is established by the decisions of the Supreme Court in Central Union Trust Co. v. Garvan, 254 U. S. 554, 41 Sup. Ct. 214, 65 L. Ed. 403, and Stoehr v. Wallace, 255 U. S. 239, 41 Sup. Ct. 293, 65 L. Ed. 604.

The order is affirmed.